IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXIS FERNANDO BARRADAS-JACOME,** | : | CIVIL ACTION NO. 1:21-CV-1885 |
| | : | |
| | : | (Judge Conner) |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **WARDEN CRAIG A LOWE,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 26th day of January, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus and the parties' respective briefs in support of and opposition to the petition, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED without prejudice.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania